BRADLEY PAUL ELLEY, ESQ.
Nevada Bar No. 658
120 Country Club Drive, Suite 5
Incline Village, NV 89451
Telephone: (775) 831-8800
Facsimile:  (775) 831-8807
bpelleylaw@sbcglobal.net

Attorney for Allen M. Dutra, CPA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| *In Re* DAVID JOHN KAPLAN<br>DAVID JOHN KAPLAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>SHARON ELIZABETH CONNELL;<br>CARLOS TOMAS ARAIZA; AND<br>JOSE RAMON NUNO-GODINEZ,<br><br>                    Defendants | Case No. 3:13-CV-145-RCJ-WGC<br><br>**NOTICE OF SETTLEMENT** |

In consideration of mutual covenants between the parties in this matter, the following settlement has been reached:

1. The parties have agreed to settle the above-entitled action for the total sum of Seventeen Thousand Dollars ($17,000.00) on the following additional terms:

2. Each side shall bear its own costs and attorneys fees;

3. All statutory and consensual health care provider liens, including but not limited to Medicare, shall be paid from the settlement funds;

4. That the final repair bill RO Number 11821, generated on April 25, 2013, in the amount of $505.56 for the partial repair of the damaged SUV operated by David John Kaplan at the time of the May 4, 2010 incident shall be paid to Gilson Reno Auto Body LLC;

5. The terms of the formal settlement agreement shall be approved by the United States Bankruptcy Court, District of Nevada Case No. 10-54568-GWZ, Chapter 7 on a noticed hearing basis including notice being provided to all statutory and consensual lien health care providers, David John Kaplan Debtor therein, and the appearing Defendants, Sharon Connell and Carlos Araiza, by and through their counsel of record, RANDS, SOUTH & GARDNER, in Case No. 3:13-CV-145-RCJ-WGC in the above-entitled court;

6. That upon approval of the settlement by the bankruptcy court the insurer for Defendants Sharon Connell and Carlos Araiza, the said Defendants insurer, Workmen's Auto Insurance Company, in accordance with automobile insurance policy number shall forthwith pay the $17,000.00, comprised of the $15,000.00 bodily injury policy limit and $2,000.00, representing the entire property damage repair and a portion of the loss of use of property claim, to the bankruptcy trust account as directed by U. S. Bankruptcy Trustee Allen M. Dutra, CPA herein,

7. That the jury trial demanded in this action is waived;

8. That upon filing proof of approval of the settlement by the bankruptcy court and receipt of the $17,000.00 settlement funds this action shall be dismissed;

9. That in the event the bankruptcy court shall fail to approve the settlement, the parties shall forthwith advise this court so that the jury trial can be scheduled and the pending motion for sanctions can be ruled upon;

10. That in the event the parties shall fail to consummate the terms of the settlement or to seek the rescheduling of the trial on or before August 31, 2014, this action shall be dismissed.

Dated: February 18, 2014.   /s/ Bradley Paul Elley
BRADLEY PAUL ELLEY, ESQ.
Nevada Bar No. 658
120 Country Club Drive, Suite 5
Incline Village, NV 89451
Telephone: (775) 831-8800
Facsimile: (775) 831-8807
bpelleylaw@sbcglobal.net
Attorney for Allen M. Dutra, CPA,
U. S. Bankruptcy Trustee

ORDER

IT IS SO ORDERED this 20th day of March, 2014.

_____
ROBERT C. JONES
District Judge

3